| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust | |
| In Re:<br>Patricia A. Duarte<br><br>Debtor | Case No: 17-20541 SLM<br><br>Chapter: 7<br><br>Judge: Stacey L. Meisel |

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

24B 23rd Avenue Berkeley Township, NJ 0875224B 23rd Avenue Seaside Park, NJ 08752

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐ All documents and pleadings of any nature.
Date: 06/27/2017

/s/ **Denise Carlon, Esquire**
Denise Carlon, Esquire
Brian C. Nicholas, Esquire
**KML Law Group, P.C.**
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(609) 250-0700 (NJ)
(215) 627-1322 (PA)
FAX: (609) 385-2214
Attorney for Movant/Applicant

*new 8/1/15*