UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Patricia A Duarte

Case No.: 17-20541
Chapter: 7
Judge: SLM

**NOTICE OF PROPOSED ABANDONMENT**

_____Nancy Isaacson_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Martin Luther King, Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____Stacey L. Meisel_____ on ___August 22, 2017___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___3A___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 175 Preston Road<br>Parsippany, NJ 07054<br>Value: $389,000.00<br>24B 23rd Avenue<br>Seaside Park, NJ 08752<br>Value: $400,000.00 |
|---|---|
| Liens on property: | 23rd Ave Condominium Association<br>$100,000.00<br>JP Morgan Chase<br>$702,315.34<br>OWCEN Loan Servicing<br>$45,260.00<br>Select Portfolio Servicing |
| Amount of equity claimed as exempt: | $23,675.00 |

Objections must be served on, and requests for additional information directed to:

Name: Nancy Isaacson
Address: 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3701
Telephone No.: (973) 535-1600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-20541-SLM
Patricia A Duarte                                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3              Date Rcvd: Jul 25, 2017
                              Form ID: pdf905          Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2017.
```
db            +Patricia A Duarte,    175 Preston Raod,    Parsippany, NJ 07054-4318
cr            +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516894492     +23rd Avenue Condominium Association,    24A 23rd Avenue,    Seaside Park, NJ 08752-2127
516841591     +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
516841589     +Aes/nct,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
516894495      Akron Billing Center,    3585 Ridge Park Drive,    Akron, OH 44333-8203
516894496     +Allied Interstate,    3000 Cororate Exchange D.,    Columbus, OH 43231-7689
516894497     +American Express,    Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
516894500      Asset Recovery Solutions,    2200 E. Devon Avenue,    Suite 200,    Des Plaines, IL 60018-4501
516894501     +Attorney General,    United States Department of Justice,    Ben Franklin Station,    P.O. Box 683,
               Washington, DC 20044-0683
516894551    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court:  Washington Mutual Card Services,    P.O. Box 660433,
               Dallas, TX 75266)
516894503      Capital One,    Bankruptcy Services,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
516894507     +Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
516894508     +Chilton Hospital,    97 West Parkway,    Pompton Plains, NJ 07444-1696
516841592     +Comenity Bank/Express,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
516894515     +Frank and Pam Jablonski,    24A 23rd Avenue,    Seaside Park, NJ 08752-2127
516894516      GC Services,    P.O. Box 3346,    Houston, TX 77253-3346
516894517     +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
516894519      HRRG,    P.O. Box 459080,    Fort Lauderdale, FL 33345-9080
516894520      IC System, Inc,    444 Highway 96 East,    P.O. Box 64437,    Saint Paul, MN 55164-0437
516841599     +JP Morgan Chase,    c/o KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,
               Collingswood, NJ 08108-2812
516894523      NCO Financial Services,    Dept 99,    Philadelphia, PA 19101
516894525     +NCO Financial Systems, Inc,    P.O. Box 61247,    Dept 805,    Virginia Beach, VA 23466-1247
516894522      Nationwide Credit, Inc,    P.O. Boc 26314,    Lehigh Valley, PA 18002-6314
516894527      New Jersey Attorney General Office,    Division of Law,    Richard H. Hughes Justic Complex,
               25 Market Street, P.O. Box 112,    Trenton, NJ 08625-0112
516894528      New Jersey Division of Taxation Compliance & Enfor,    50 Barrack Street, 9th Floor,
               P.O. Box 245,    Trenton, NJ 08695-0267
516894529     +New Jersey Urology,    1515 Broad Street,    Suite B130,    Bloomfield, NJ 07003-3085
516894530     +Northland Group, Inc,    P.O. Box 390846,    Mail Code S0072,    Minneapolis, MN 55439-0846
516894531     +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
516841601     +Office of the Ocean County Sherrif,    120 Hooper Avenue,    Toms River, NJ 08753-7606
516894534     +PDI Management Services,    625 THe City Drive South,    Suite 150,    Orange, CA 92868-4998
516894537      Pressler & Pressler LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
516841602     +Raymour & Flanigan,    Attn: Legal Dept,    7248 Morgan Rd,    Liverpool, NY 13090-4535
516894542      Reginol Adjustment Burwau, Inc,    P.O. Box 34111,    Memphis, TN 38184-0111
516894543      Select Anesthesia and Pain Mgmt Group,    PO Box 416521,    Boston, MA 02241-6521
516894544     +Select Portfolio Servicing,    Attn: Bankruptcy Department,    P.O. Box 65250,
               Salt Lake City, UT 84165-0250
516894553     +WFNNB-Avenue,    PO Box 659584,    San Antonio, TX 78265-9584
516894550      Washington Mutual Card Services,    P.O. Box 66043,    Dallas, TX 75266
516894554     +William G. Johnson, Esq.,    33 East Blackwell Street,    Dover, NJ 07801-3976
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 25 2017 22:35:02      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 25 2017 22:34:59      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2017 22:31:43
               Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516894499     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 25 2017 22:34:54      Asset Acceptance LLC,
               P.O. Box 1630,    Warren, MI 48090-1630
516894502     +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jul 25 2017 22:36:04      Caliber Home Loans,
               Attn: Bankruptcy Department,    16745 W. Bernardo, Suite 130,    San Diego, CA 92127-1908
516894506     +E-mail/Text: bankruptcy@certifiedcollection.com Jul 25 2017 22:34:50
               Certified Credit & Collection Bur,    P.O. Box 336,    Raritan, NJ 08869-0336
516841593     +E-mail/PDF: pa_dc_ed@navient.com Jul 25 2017 22:31:47      Dept Of Ed/Navient,
               Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
516841598      E-mail/Text: cio.bncmail@irs.gov Jul 25 2017 22:34:40      Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
516894524     +E-mail/Text: bankruptcydepartment@tsico.com Jul 25 2017 22:35:47      NCO Financial Services,
               P.O. Box 17659,    Baltimore, MD 21297-1659
516894526      E-mail/Text: bankruptcydepartment@tsico.com Jul 25 2017 22:35:47
               NCO Financial Systems, Inc.,    P.O. Box 15618,    Department 59,    Wilmington, DE 19850-5618
516841600     +Fax: 407-737-5634 Jul 25 2017 22:53:40      Ocwen Loan Servicing, Llc,
               Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,    West Palm Bch, FL 33409-6493
```

```
District/off: 0312-2          User: admin              Page 2 of 3              Date Rcvd: Jul 25, 2017
                              Form ID: pdf905          Total Noticed: 57


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516894546      +E-mail/PDF: clerical@simmassociates.com Jul 25 2017 22:31:43      Simm Associates, Inc,
                 P.O. Box 7526,    Newark, DE 19714-7526
516894545      +E-mail/PDF: clerical@simmassociates.com Jul 25 2017 22:31:43      Simm Associates, Inc,
                 800 Pencader Drive,    Newark, DE 19702-3354
516841603      +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2017 22:31:43      Syncb Bank/American Eagle,
                 Attn: Bankruptcy,    Po Box 965064,    Orlando, FL 32896-5064
516845446      +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2017 22:31:55      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516894549      +E-mail/Text: bankruptcydepartment@tsico.com Jul 25 2017 22:35:47      Transworld Systems, Inc,
                 379164 C(4598) Coma, 197,    P.O.Box 15618,    Wilmington, DE 19850-5618
516894548      +E-mail/Text: bankruptcydepartment@tsico.com Jul 25 2017 22:35:47      Transworld Systems, Inc,
                 507 Prudential Road,    Horsham, PA 19044-2308
516894552      +E-mail/Text: BKRMailOps@weltman.com Jul 25 2017 22:35:06      Weltman Weinberg & Reis, LPA,
                 325 Chestnut Street,    Suite 501,    Philadelphia, PA 19106-2605
                                                                                               TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516894498*     +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
516841590*     +Aes/nct,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
516894493*     +Aes/nct,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
516894494*     +Aes/nct,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
516894504*      Capital One,    Bankruptcy Services,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
516894505*      Capital One,    Bankruptcy Services,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
516894509*     +Comenity Bank/Express,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
516841594*     +Dept Of Ed/Navient,    Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
516841595*     +Dept Of Ed/Navient,    Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
516841596*     +Dept Of Ed/Navient,    Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
516841597*     +Dept Of Ed/Navient,    Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
516894510*     +Dept Of Ed/Navient,    Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
516894511*     +Dept Of Ed/Navient,    Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
516894512*     +Dept Of Ed/Navient,    Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
516894513*     +Dept Of Ed/Navient,    Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
516894514*     +Dept Of Ed/Navient,    Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
516894521*      Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
516894532*     +Ocwen Loan Servicing, Llc,    Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,
                 West Palm Bch, FL 33409-6493
516894533*     +Office of the Ocean County Sherrif,    120 Hooper Avenue,    Toms River, NJ 08753-7606
516894535*     +PDI Management Services,    625 The City Dr. South,    Suite 150,    Orange, CA 92868-4998
516894538*      Pressler & Pressler LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
516894539*      Pressler & Pressler LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
516894541*     +Raymour & Flanigan,    Attn: Legal Dept,    7248 Morgan Rd,    Liverpool, NY 13090-4535
516894547*     +Syncb Bank/American Eagle,    Attn: Bankruptcy,    Po Box 965064,    Orlando, FL 32896-5064
516894518     ##+GLobal Credit Collection,    2699 Lee Road,    Suite 330,    Winter Park, FL 32789-1740
516894536     ##+Plains Cardio - Pulmonary Associates,    P.O. Box 395,    Oakland, NJ 07436-0395
516894540     ##+Protocol Recovery Service, Inc,    509 Mercer Avenue,    Panama City, FL 32401-2631
                                                                                           TOTALS: 0, * 24, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2017                                    Signature:   /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 3 of 3             Date Rcvd: Jul 25, 2017
                              Form ID: pdf905          Total Noticed: 57
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
           PARTICIPATION TRUST dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Nancy  Isaacson    nisaacson@greenbaumlaw.com,   admin@remote7solutions.com;J101@ecfcbis.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
          Stuart M. Nachbar    on behalf of Debtor Patricia A Duarte stuart@snanj.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```